Per Curiam.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion delivered by the Supreme Court.

*For affirmance*—The Chancellor, Trenchard, Parker, Minturn, Kalisch, Katzenbach, Campbell, Van Buskirk, McGlennon, Kays, Hetfield, Dear, JJ. 12.

*For reversal*—None.

STATE OF NEW JERSEY, DEFENDANT IN ERROR, v. PETER McCARTHY ET AL., PLAINTIFFS IN ERROR.

Submitted February 17, 1928—Decided May 14, 1928.

For the defendant in error, *Joseph L. Smith.*

For the plaintiffs in error, *Irving Siegler.*

Per Curiam.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion delivered by the Supreme Court.

*For affirmance*—The Chancellor, Trenchard, Parker, Minturn, Kalisch, Katzenbach, Campbell, White, Van Buskirk, McGlennon, Kays, Hetfield, Dear, JJ. 13.

*For reversal*—None.